# EXHIBIT H

https://www.facebook.com/ricks.northaustin/photos/pb.316928051655975.-2207520000.1444255887./633856572696113/?type=3&theater

SACA
UNDERWOOD





**Rick's North Austin**
April 15, 2013 ·

FREE POKER TOURNAMENT GOING ON RIGHT
NOW AT RICKS NORTH AUSTIN!!! $300 CASH
PRIZE, SO COME HANG OUT WITH THE HOTTEST
GIRLS IN AUSTIN. DRINK SPECIALS EVERY HOUR
=] — at Rick's North Austin.

Like · Comment · Share

7 people like this.

Write a comment...

11/14/2015

https://www.facebook.com/jaguarsphoenix/photos/a.4196751680395523.100738.170948519644857/10109783822398529/?type=3&theater

SARA UNDERWOOD



(2) Timeline Photos

Home 20+



**Jaguars Phoenix**
November 11 ·

The Hottest Wednesday Night!!
Ladies Night! Veterans Day Edition
$500 Amateur Contest
Ladies Free & $1 Drinks!! — at Jaguars Phoenix.

Like · Comment · Share

3 people like this.

Top Comments

**Mary Frances Carter**
https://lyft.com/i/MARY725363
Like · Reply · November 11 at 7:54pm

Write a comment...

11/14/2015    Jaguars Phoenix on Instagram: "Ladies Night!!! Veterans Day Edition Ladies Free/$1 Drinks $500 Amateur Contest"

Case 1:16-cv-02242-VEC   Document 1-6   Filed 03/26/16   Page 4 of 29

Search    **Get the app**   **Log in**

 **jaguars_phx**    SARA UNDERWOOD    | FOLLOW |



**i_cravekicks0628**, **ms.salcido48**, **cityofangeles28**, **yessiideg**, **manuelstayyhigh**, **esmivicious**, **djmaddrich**, **beenaking**, **thatgirl_ale** and **iamorijinal** like this

2d

Case 1:16-cv-02242-VEC　Document 1-6　Filed 03/26/16　Page 5 of 29

**jaguars_pnx** Ladies Night!!!
Veterans Day Edition!
Ladies Free & $1 Drinks
$500 Amateur Contest

Log in to like or comment.

ABOUT US　SUPPORT　BLOG　PRESS　API　JOBS
PRIVACY　TERMS　LANGUAGE

© 2015 INSTAGRAM

11/15/2015    Call Me Anthem on Instagram: "We'd like to thank all of our #Sailors, #Guardsman, #Airman, #Marines, and #Soldiers for their service past and present…

Case 1:16-cv-02242-VEC    Document 1-6    Filed 03/26/16    Page 6 of 29

Search                                    Get the app    Log in



**call_me_anthem**
XTC Cabaret San Antonio

FOLLOW

Happy Veteran's Day
#XTCCabaretSA

SARA UNDERWOOD

**shootingstar1117**, **smileann.vogler** and **thtshitcraycray** like this

3d

**call_me_anthem** We'd like to thank all of our #Sailors, #Guardsman, #Airman, #Marines, and #Soldiers

for their service past and present.

It's #LibertyCall tonight!!! Come take your #Leave at our recreation center.

18+ welcome, #BYOB, open until 5am, #AfterHours #RandR spot.

Log in to like or comment.

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS
PRIVACY    TERMS    LANGUAGE
© 2015 INSTAGRAM

https://www.facebook.com/downtowncabaret/photos/pb.192986837427265.-2207520000.1457568504/756835931142350/?type=3&theater

(1) Downtown Cabaret



SARA
UNDERWOOD



**Downtown Cabaret**
Like This Page · July 24, 2014 ·

16

Like          Comment          Share

Write a comment...

# EXHIBIT I

https://www.facebook.com/ricks.northaustin/photos/pb.316926051655975.-2207520000.1452210705/759851000696709/?type=3&theater

1/7/2016

(5) Rick's North Austin



JAMIE MIDDLETON

**Rick's North Austin**
Like This Page · November 17, 2013 ·

Sunday Funday here at Rick's Cabaret!! Come in and join us for all the NFL action you can handle!! Enjoy $3.75 drinks and $3 appetizers as well!!!

Like     Comment     Share

3 people like this.

**Kenneth Tabor** You guys should take pictures of girls that actually work there. False advertising is a bitch!
November 18, 2013 at 1:27am · Like

Write a comment...

1/1

https://www.facebook.com/cabaret.east/photos/a.324449510898962.86399.304491322894781/906306026046338/?type=3&theater

11/14/2015

(2) Timeline Photos



JAIME
MIDDLETON

**Cabaret East**
December 11, 2014 ·

Like · Comment · Share

Write a comment...

Home 20k

2

https://www.facebook.com/xtcsanantonio/photos/a.154889817888102.28099.154873164556344/607198739323782/?type=3&theater

11/15/2015

(2) Timeline Photos



JAIME
MIDDLETON

Home 20+



**XTC Cabaret San Antonio**
October 7, 2013 ·

Football is on! The Jets are winning 17 to 7 for now.
Come watch with us tonight.

Like · Comment · Share

6 people like this.

Write a comment...

# EXHIBIT J

https://www.facebook.com/jaguarslongview/photos/pb.2192879614271440.-2207520000.1457578050./10412596592396627/?type=3&theater



Jaguars Longview

CANT POST OUT



**Jaguars Longview**
Like This Page · February 22 ·

Like     Comment     Share

Write a comment...

https://www.facebook.com/jaguarslongview/photos/pb.219287961427140.-2207520000.1457578050./1041256593299627/?type=3&theater



Jaguars Longview

11/14/2015

https://www.facebook.com/silvercitycabaret/photos/a.433250443364983.94992.433243020032927/1075252281439/?type=3&theater

(2) Timeline Photos

Home 24+

2

LIMA
POSADA





**Silver City Cabaret**
March 10, 2014 ·

Get out of the house and come hang out with the
beauties of Silver City for our $6 lunch with a view. We
also have our $14 steak and shrimp special all day and
$3.75 happy hour drinks until 8pm. — at Silver City
Cabaret.

Like · Comment · Share

1 share

22 people like this.

**Lameck Ochola** How can i get u sent ua
contacts

March 10, 2014 at 11:31am · Like          2 comments

**Jimmy Carter** Damn that's the best looking
chick u ever put up
March 10, 2014 at 9:05pm · Like

Write a comment...

1/1

LINA
POSADA



Like

Album

Tag

Temptations Sulphur
February 20, 2014 ·

Like · Comment · Share

4 people like this.

Write a comment...



# EXHIBIT K

https://www.facebook.com/ricksdfw/photos/a.214087320193352.50536.176171949144264/399117936849663/?type=3&theater

11/12/2015

(1) Timeline Photos

SANDRA VALENCIA



Home 20+

**Ricks Cabaret Dfw**
January 23, 2013 ·

Its Happy Hour Time at RICKS DFW!! $3.75 U-CALL-ITS TILL 8PM! GET OUT OF THAT TRAFFIC OR EXPERIENCE THE BEST 19TH HOLE IN TOWN! GOLFERS ARE WELCOME AT RICKS DFW!

Like · Comment · Share

14 people like this.

**Jeison Bernardo** Whos the Model PLz ?
February 8, 2013 at 5:20pm · Like

Write a comment...

1/1

11/13/2015

https://www.facebook.com/jaguarsedinburg/photos/a.131850530227374.34784.131509730261454/864580406954379/?type=3&theater



SANDRA VALENCIA

(1) Profile Pictures

Home 20+

Jaguars Edinburg
July 17

Like · Comment · Share

4 people like this.

1 share

Write a comment...

SANDRA
VALENCIA



 **Jaguars Edinburg**
Like This Page · February 2 ·

Like    Comment    Share

4 people like this.

Write a comment...

https://www.facebook.com/jaguarsedinburg/photos/pb.131509730261454.-2207520000.1456010481.943160490963099/?type=3&theater

2/20/2016



SANDRA VALENCIA

(3) Jaguars Edinburg

**Jaguars Edinburg**
Like This Page · January 2 · Edited ·

WOW DECEMBER WAZ CRAZY,
But what we have for you the month
Is even better let's start this
SUPER TUESDAY 01/05/2016
WITH $5.00 DANCES ALL NIGHT TILL
5:00 AM and $5.00 setups and $5.00 ice buckets all
night so don't Mis out
Gentlemen this Tuesday At Jaguars Edinburg

Like          Comment          Share

12 people like this.

5 shares

Write a comment...

https://www.facebook.com/TemptationsCabaretTx/photos/a.474639926524230.1073741827.172120979542801/681012001987027/?type=3&theater

(3) Mobile Uploads

Home

SAMPLE
VALENCIA

**Temptations Cabaret**
June 17, 2014

TRIPLE HEAT TUESDAY!! HOTTEST GIRLS AND
THE BEST DEALS!!

Like · Comment · Share

5 people like this.

1 share

Write a comment...

1/1

https://www.facebook.com/TemptationsCabaretTx/photos/a.474639902624230.1073741827.172120979542801/684453754976185/?type=3&theater

(3) Mobile Uploads

SAMPLE
VALENCIA



Like



**Temptations Cabaret**
June 22, 2014 ·

TEMPTATIONS IS THE PARTY HEADQUARTERS TONIGHT!! DOORS OPEN AT 8PM, COME CHECK US OUT!! 12291 CAMP BOWIE WEST, FORT WORTH!! ARE GIRLS ARE HOTTER THAN ANYONE ELSES!!

Like · Comment · Share

5 people like this.

1 share

Write a comment...

Instagram photo by Temptations Cabaret · Jun 17, 2014 at 5:13 PM

Search   Get the app   Log in

 tempfw

SAMORA VALENCIA

FOLLOW

ol_school_big_papi, tx_titan817 and tempfw like this

73w

Log in to like or comment.

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS

PRIVACY   TERMS   LANGUAGE

© 2015 INSTAGRAM

https://www.facebook.com/veelounge/photos/a.531418866990287.125349.475523115833196/867202039975543/?type=3&theater

11/14/2015

SANDRA VALENCIA

(2) Mobile Uploads

Home 20+

2

**Vee Lounge**
LOUNGE November 23, 2014 ·

Sunday night fun !! End the weekend with us tonight

Like · Comment · Share

13 people like this.

1 share

Write a comment...

1/1

Search          Get the app    Log in

SAMDRA
VALENCIA

jaguars_edinburg                    FOLLOW



tamaraa23_ill_make_you_rich, ronco_reyes_jr, djdollarbrazil, cargoals and xtcdallas like this

jaguars_edinburg #firstannual #dj #competition #jaguar #jaguars #edinburg #texas #nightlife

6d