```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAIME EDMONDSON et al., :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　:　　16-CV-2242 (VEC)
　　　　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　　　　　:
RCI HOSPITALITY HOLDINGS, INC., :　　ORDER
PEREGRINE ENTERPRISES, INC., RCI :
DINING SERVICES (37TH STREET), INC., and :
ERIC LANGAN, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS on August 27, 2020, Defendants submitted a letter requesting permission to bifurcate its motion for summary judgment (Dkt. 152);

　　　　WHEREAS on August 27, 2020, Plaintiffs opposed the request (Dkt. 154);

　　　　IT IS HEREBY ORDERED THAT: A teleconference will be held on **August 28, 2020 at 4:00 p.m.** The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171 and the security code 2242.


**SO ORDERED.**

Date: August 28, 2020　　　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**