USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JAIME EDMONDSON et al., :
:
Plaintiffs, :
: 16-CV-2242 (VEC)
-against- :
:
RCI HOSPITALITY HOLDINGS, INC., : ORDER
PEREGRINE ENTERPRISES, INC., RCI :
DINING SERVICES (37TH STREET), INC., and :
ERIC LANGAN, :
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 28, 2020, the parties appeared for a teleconference with the Court;

IT IS HEREBY ORDERED THAT: Defendant's request to bifurcate its motion for summary judgment is DENIED. Upon a joint request, the Court is happy to refer the parties to Magistrate Judge Cave for a settlement conference.

**SO ORDERED.**

Date: **August 28, 2020**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**