

**MEMO ENDORSED**

Daniel J. Fox
77 Water Street, Suite 2100
New York, New York 10005
Daniel.Fox@lewisbrisbois.com
Direct: 212.845.9001

LEWIS BRISBOIS BISGAARD & SMITH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

November 30, 2020

**Via ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:   ***Edmondson, et al. v. RCI Hospitality Holdings, Inc. et al.***
               Case No.: 16-cv-2242 (VEC)

Dear Judge Caproni:

      We represent defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises, Inc., RCI Dining Services (37th Street), Inc., and Eric Langan (collectively "Defendants") in connection with the above-referenced lawsuit. We submit this letter jointly with Plaintiffs' counsel to request a new briefing schedule for the parties' planned motions for summary judgment.

      As you may recall, at the parties' request, Your Honor referred this matter to a settlement conference before Magistrate Judge Cave. The conference extended over two days in November. Although the parties negotiated in good faith, we were unable to bridge the gap and resolve the case. We therefore have no choice but to proceed with dispositive motion practice.

      Counsel for the parties recently conferred and agreed to a briefing schedule that closely aligns to the filing time frames that were previously established and endorsed by Your Honor.

| Nature of Filing | Proposed Deadline |
| --- | --- |
| Motions for summary judgment | February 12, 2021 |
| Opposition to motions | April 9, 2021 |
| Reply papers | May 14, 2021 |

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4846-5808-8147.1

November 30, 2020
Page 2


     The parties are available to participate in a pre-motion conference to the extent the Court wishes to discuss the foregoing. Otherwise, it would be greatly appreciated if Your Honor would endorse the within proposed briefing schedule for dispositive motion practice in this action.

     Thank you for your kind consideration of this matter.

               Respectfully submitted,

               */s/Daniel J. Fox*

               Daniel J. Fox of
               LEWIS BRISBOIS BISGAARD & SMITH LLP

DJF

cc:  All counsel of record via ECF

> Application GRANTED in part.  Motions for summary judgment are due on **March 5, 2021.**  Oppositions are due on **May 7, 2021.**  Reply papers are due on **June 18, 2021.**  Due to this extended briefing schedule, there will be no extensions.

     SO ORDERED.

     *Valerie Caproni*             12/1/2020

     HON. VALERIE CAPRONI
     UNITED STATES DISTRICT JUDGE