Joseph N. Casas, JD, MBA
CEO & Managing Attorney
*Licensed in Ill. and Ca.*

Dennis C. Postiglione, JD
Partner, *Licensed in Tx.*

John V. Golaszewski, JD
Partner, *Licensed in N.Y.*

Sara Cabarcas, JD
Partner, *Licensed in Fla.*

Ludmila Khomiak, JD
Senior Assoc., *Licensed in Fla.*

John V. Golaszewski,
*Partner* ±

± Admitted in N.Y.

1745 Broadway
17th Floor
New York, New York 10019

Main: 855.267.4457
Fax: 855.220.9626

www.casaslawfirm.com

**THE CASAS LAW FIRM**
ATTORNEYS & COUNSELORS

**MEMO ENDORSED**

July 27, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021

      *Re:*   *Edmondson, et al. v. RCI Hospitality Holdings, Inc., et al.*,
           Case No. 16-cv-2242 (VEC)

Dear Judge Caproni:

      We write on behalf of Plaintiffs to respectfully request an extension of Plaintiffs' deadline to file a reply in further support of their motion for leave to file a motion for reconsideration. Dkt. 203. Plaintiffs' motion was filed on July 9, 2021; under Local Rule 6.1(b), Defendants' opposition, if any, was due July 23rd, and Plaintiffs' reply was due July 30th. Defendants filed no opposition on July 23rd. Earlier today, the Court issued a memo endorsement to Plaintiffs' motion, instructing Defendants to file any opposition on or before August 9th. Dkt. 205. Under Local Rule 6.1(b), Plaintiffs' reply would be due August 16th. The undersigned will be on vacation the week of August 16th, and as such Plaintiffs respectfully request that Plaintiffs' deadline to file a reply in further support of their motion for reconsideration be extended to August 27, 2021. Defendants consent to this request.

      We thank the Court for its attention to these matters

                                                           Respectfully,

                                                               **THE CASAS LAW FIRM, P.C.**

                                                                 By: /s/ John V. Golaszewski
                                                                     John V. Golaszewski

Cc:     All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   7/27/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE