


Joseph N. Casas, JD, MBA
CEO & Managing Attorney
*Licensed in Ill. and Ca.*

Dennis C. Postiglione, JD
Partner, *Licensed in Tx.*

John V. Golaszewski, JD
Partner, *Licensed in N.Y.*

Sara Cabarcas, JD
Partner, *Licensed in Fla.*

Ludmila Khomiak, JD
Senior Assoc., *Licensed in Fla.*

John V. Golaszewski,
*Partner* ±

± Admitted in N.Y.

1745 Broadway
17th Floor
New York, New York 10019

Main: 855.267.4457
Fax: 855.220.9626

www.casaslawfirm.com



March 8, 2022

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022
```

        Re:    *Edmondson, et al. v. RCI Hospitality Holdings, Inc., et al.*,
              Case No. 16-cv-2242 (VEC)

Dear Judge Caproni:

      We represent Plaintiffs and write jointly with Defendants' counsel to respectfully request a 60-day stay of all proceedings in this action, including the Court's issuance of any order on the parties' cross-motions for summary judgment.  Though the parties appreciate this matter has been pending for some time, recent significant developments with respect to Defendants' insurance coverage have made potential resolution of this action a legitimate possibility.   The parties are currently working together to either schedule a mediation or to negotiate a resolution, and they can jointly inform the Court of the mediation date as soon as it is scheduled.

      The parties thank the Court for its attention to these matters.

                                           Respectfully,

                                           THE CASAS LAW FIRM, P.C.

                                           By:/s/ John V. Golaszewski
                                               John V. Golaszewski

Cc:    All counsel of record (via ECF)

Application GRANTED.  This case, including all pending motions, is STAYED pending the parties' attempt at settlement.  The parties must update the Court regarding the status of their negotiations no later than **May 9, 2022**, including indicating whether the case should remain stayed.

The Clerk of Court is respectfully directed to close the open motion at docket entries 176, 177, and 187.

SO ORDERED.

*[signature: Valerie Caproni]*    3/8/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE