


<div style="text-align:right">
Daniel J. Fox<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Daniel.Fox@lewisbrisbois.com<br>
Direct: 212.845.9001
</div>

June 9, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2022
```

**Via ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    ***Edmondson, et al. v. RCI Hospitality Holdings, Inc. et al.***
           Case No.: 16-cv-2242 (VEC)

Dear Judge Caproni:

    We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises, Inc., RCI Dining Services (37th Street), Inc., and Eric Langan (collectively "Defendants") in connection with the above-referenced lawsuit. Together with Plaintiffs, we respectfully submit this joint status letter pursuant to the Court's May 10, 2022 Order [Dkt. 221] and to update the Court with the status of settlement negotiations.

    The parties have agreed to mediate this case before mediator Usher Winslett. In a good faith effort to fully resolve all outstanding issues, we have reserved two full-day sessions with mediator Winslett on August 8 and 30, 2022.

    By virtue of the foregoing, the parties jointly request an enlargement of the current stay of proceedings until September 7, 2022. The parties will contact the Court in advance of September 7th, if not sooner, to advise regarding the outcome of mediation.

    We thank the Court for its consideration of this matter.

<div style="margin-left:40%">
Respectfully submitted,

*/s/Daniel J. Fox*

Daniel J. Fox of
LEWIS BRISBOIS BISGAARD & SMITH LLP
</div>

cc: All counsel of record via ECF

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

4861-6134-4036.1

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 6/10/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE